United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00752-JAW
Andrew Ian White Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 10, 2025      Form ID: n031      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Ian White, 516 Ross Neal Rd, Pelahatchie, MS 39145-2796 |
| 5488707 | + | Crosswinds Apartments, 440 Cross Park Dr, Pearl, MS 39208-8982 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5488706 | + | Email/Text: financeadmin@mdg.com | Jun 10 2025 19:26:00 | Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Wilmington, DE 19808-6124 |
| 5488708 | ^ | MEBN | Jun 10 2025 19:22:46 | Kingston Data, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166, Largo, FL 33770-8118 |
| 5488709 | | Email/Text: bankruptcynotifications@leafyfinancial.com | Jun 10 2025 19:26:00 | Leafy Financial Llc, Attn: Bankruptcy, 2921 Brown Trail, Ste 250, Bedford, TX 76021 |
| 5498171 | + | Email/Text: financeadmin@mdg.com | Jun 10 2025 19:26:00 | MDG USA Inc., 3422 Old Capitol Trail PMB# 1993, Wilmington, DE 19808-6124 |
| 5488710 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 10 2025 19:26:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5511630 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2025 19:27:00 | NAVY FEDERAL CREDIT UNION, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5488711 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2025 19:27:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5488712 | | Email/Text: bankruptcy@possiblefinance.com | Jun 10 2025 19:26:00 | Possible Finance, 2231 First Ave Ste B, Seattle, WA 98121 |
| 5490092 | | Email/Text: bankruptcy_department@clacorp.com | Jun 10 2025 19:26:00 | Simple Fast Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5513010 | + | Email/Text: bncmail@w-legal.com | Jun 10 2025 19:26:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5488713 | | Email/Text: bankruptcy@towerloan.com | Jun 10 2025 19:26:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5515955 | + | Email/Text: bankruptcy@towerloan.com | Jun 10 2025 19:26:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5488714 | + | Email/Text: bk@worldacceptance.com | Jun 10 2025 19:26:33 | WFC, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |
| 5501417 | + | Email/Text: bk@worldacceptance.com | Jun 10 2025 19:26:29 | World Acceptance Corp., World Acceptance Corporation Attn: Bankr, PO Box 6429, Greenville, SC 29606-6429 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: n031 | Total Noticed: 16 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2025                  Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Andrew Ian White trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00752−JAW
**Chapter:** 13

**In re:**

Andrew Ian White
516 Ross Neal Rd
Pelahatchie, MS 39145

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 06/10/2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: June 10, 2025                    Danny L. Miller, Clerk of Court