**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Andrew Ian White, Debtor                    Case No. 25-00752-JAW
                                                                         CHAPTER 13

## ORDER TO ADJUST PLAN PAYMENT

THIS CAUSE having come on this date on the Debtor's Motion to Adjust Plan Payments

(DK #___), the Court having reviewed and considered the facts herein, and there being no

objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Adjust Plan Payments is

granted.

IT IS FURTHER ORDERED the Trustee shall recalculate Debtor's plan payment to pay

only to those claims filed timely over the full sixty (60) months of the plan.

IT IS FURTHER ORDERED that Trustee shall amend Debtor's wage Order accordingly.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR