# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Andrew Ian White, Debtor                                    Case No. 25-00752-JAW
                                                                                                                                                CHAPTER 13

## **NOTICE**

Debtor has filed papers with the court to adjust the plan payments.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: June 19, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                             The Rollins Law Firm, PLLC
                                                                             P.O. Box 13767
                                                                             Jackson, MS 39236

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Andrew Ian White, Debtor                Case No. 25-00752-JAW
                                                  CHAPTER 13

### MOTION TO ADJUST PLAN PAYMENT

COMES NOW, Debtor, by and through counsel, and moves this Court to adjust the plan payments, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on March 21, 2025, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That the bar date for filing proof of claims was May 30, 2025, for all creditors and September 17, 2025, for government entities.
3. That all expected government claims have been filed.
4. That Debtor's monthly plan payment should be recalculated to only pay timely filed claims over the full sixty (60) months of the plan.

WHEREFORE, Debtor prays that the Trustee recalculate the plan payment to pay only the timely filed claims over the full sixty (60) months through their bankruptcy plan and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on June 19, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                  <u>/s/ Thomas C. Rollins, Jr.</u>
                                    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ANDREW IAN WHITE | CASE NO: 25-00752-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00752-JAW |
| ANDREW IAN WHITE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/20/2025, a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00752-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUN 20 8-0-15 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | CAPITAL COMMUNITY BANK<br>ATTN BANKRUPTCY<br>3422 OLD CAPITAL TRAIL<br>WILMINGTON DE 19808-6124 |
| CROSSWINDS APARTMENTS<br>440 CROSS PARK DR<br>PEARL MS 39208-8982 | KINGSTON DATA<br>ATTN BANKRUPTCY<br>1301 SEMINOLE BLVD<br>UNIT 166<br>LARGO FL 33770-8118 | (P)LEAFY FINANCIAL LLC<br>2921 BROWN TRAIL STE 250<br>BEDFORD TX 76021-4176 |
| MDG USA INC<br>3422 OLD CAPITOL TRAIL PMB 1993<br>WILMINGTON DE 19808-6124 | MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | NAVY FEDERAL CREDIT UNION<br>POBOX 3000<br>MERRIFIELD VA 22119-3000 |
| NAVY FEDERAL CU<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD VA 22119-3302 | (P)POSSIBLE FINANCIAL INC<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | SCOLOPAX LLC<br>CO WEINSTEIN RILEY PS<br>749 GATEWAY SUITE G-601<br>ABILENE TX 79602-1196 |
| (P)SIMPLE FAST LOANS INC<br>ATTN ATTN LEGAL DEPARTMENT<br>8601 DUNWOODY PLACE SUITE 406<br>ATLANTA GA 30350-2550 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | WFC<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD ACCEPTANCE CORP<br>WORLD ACCEPTANCE CORPORATION ATTN BANK<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| DEBTOR<br>ANDREW IAN WHITE<br>516 ROSS NEAL RD<br>PELAHATCHIE MS 39145-2796 | ~~EXCLUDE~~<br>~~HAROLD J BARKLEY JR~~<br>~~PO BOX 4476~~<br>~~JACKSON MS 39296-4476~~ | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |