_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 25, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Andrew Ian White, Debtor                          Case No. 25-00752-JAW
                                                            **CHAPTER 13**

**ORDER TO ADJUST PLAN PAYMENT**

THIS CAUSE having come on this date on the Debtor's Motion to Adjust Plan Payments (DK # 21), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Adjust Plan Payments is granted.

IT IS FURTHER ORDERED the Trustee shall recalculate Debtor's plan payment to pay only to those claims filed timely over the full sixty (60) months of the plan.

IT IS FURTHER ORDERED that Trustee shall amend Debtor's wage Order accordingly.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR