---



**SO ORDERED,**

Jamie A. Wilson

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 24, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CASE NO.: 25-00752-JAW
ANDREW IAN WHITE
SS#:  XXX-XX-1179

### RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

> AMAZON
> ATTN: PAYROLL
> 410 TERRY AVE N
> SEATTLE, WA 98109-5210

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): DEBTOR PAYING DIRECT

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##