# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Andrew Ian White**                              Case No.  **25-00752**
Debtor(s)                                                 Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 12, 2026**          **/s/ Andrew Ian White**
                                    **Andrew Ian White**
                                    Signature of Debtor

```
ANDREW IAN WHITE              POSSIBLE FINANCE
516 ROSS NEAL RD              2231 FIRST AVE STE B
PELAHATCHIE, MS 39145         SEATTLE, WA 98121


THOMAS C. ROLLINS, JR.        TOWER LOAN
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                PO BOX 320001
JACKSON, MS 39236             FLOWOOD, MS 39232


CAPITAL COMMUNITY BANK        WFC
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
3422 OLD CAPITAL TRAIL        PO BOX 6429
WILMINGTON, DE 19808          GREENVILLE, SC 29606


CROSSWINDS APARTMENTS
440 CROSS PARK DR
PEARL, MS 39208


KINGSTON DATA
ATTN: BANKRUPTCY
1301 SEMINOLE BLVD
UNIT 166
LARGO, FL 33770


LEAFY FINANCIAL LLC
ATTN: BANKRUPTCY
2921 BROWN TRAIL
STE 250
BEDFORD, TX 76021


MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DR
NOTTINGHAM, MD 21236


MS DEPT OF REVENUE***
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808


NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119
```